151 A.3d 99

NEW JERSEY DIVISION OF CHILD PROTECTION AND PERMA-
NENCY, PLAINTIFF-RESPONDENT, v. T.E., DEFENDANT,
AND C.E., DEFENDANT-PETITIONER.IN THE MATTER OF
CA.E., CU.E., CH.E., AND CE.E., MINORS-RESPONDENTS.

September 12, 2016

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-1004/1005-14
having been submitted to this Court, and the Court having consid-
ered the same;

It is ORDERED that the petition for certification is denied.